IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 7 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05 - CV - 02250 -OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MITCHELL JOSEPH PRIMMER,

    Plaintiff,

v.

EAGLE COUNTY JAIL, PO Box 359, Eagle, CO, 81631,
GOVERNOR BILL OWENS,
SHERIFF JOSPEH HOY,
UNDER SHERIFF - BILL KAUFMAN OF EAGLE COUNTY JAIL,
DECT. MIKE MCWILLIAMS,
DEPT DALY,
DEPUTY BOB BRUNER,
OFFICE OF THE DISTRICT ATTORNEY 5TH JUDICIAL DISTRICT,
JUDGE GANNETT OF EAGLE COUNTY,
D.A. MARK HULBERT AND ASST. D.A. GREG CRITTENTON,
JEFFERSON COUNTY JAIL,
UNDERSHERRIF [sic] FLAIR,
OFFICE OF THE DISTRICT ATTORNEY JOE GILMORE D.A.,
PRISON HEALTH SERVICES, a/k/a CORRECTIONAL MEDICAL CARE AND
    COMPLETE MEDICAL STAFF 1-100,
MONICA ALBERS, HSA,
EAGLE COUNTY SHERIFFS DEPT,
JEFFERSON COUNTY SHERIFFS DEPT., and
OFFICERS AND STAFF INVOLVED IN THIS ACTION ARE NOT CURRENTLY
    KNOWN BY NAME, BUT WILL BE DETAILED IN DUE COURSE,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the

court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) xx is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __7__ day of __November__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02250-OES

Mitchell Joseph Primmer
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _11-7-05_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk